STATE of Missouri, Respondent,

v.

Ronald YEAGER, Defendant/Appellant.

No. 73179.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 2, 1998.

Rosalynn Koch, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Glennon P. Fogarty, Asst. Atty. Gen., St. Louis, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of possession of heroin with intent to distribute, in violation of section 195.211 RSMo 1994, on which he was sentenced as a persistent offender under section 558.016 RSMo 1994 to fifteen years imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).